**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY STANZIONE, JR.,<br><br>　　　　　Plaintiff,<br>v.<br><br>SAN DIEGO METROPOLITAN TRANSIT SYSTEMS, *et al.*,<br><br>　　　　　Defendants. | NO. 13-CV-834-MMA(KSC)<br><br>**ORDER RE: NOTICE OF DISMISSAL**<br><br>[Doc. No. 26] |

The parties have filed a notice of settlement and stipulation for dismissal in this action. Doc. No. 26. Upon considering the parties' notice and for good cause appearing, the Court **DISMISSES** with prejudice this action pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

DATED: March 10, 2014

　　　　　　　　　　　　　　　　　　　　*Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　United States District Judge